In the Matter of the Accounting of THE FARMERS' LOAN AND
TRUST COMPANY, as Substituted Trustee under the Will of
ELLEN McLACHLAN, Deceased.

MARY I. McMILLAN et al., as Administrators of the Estate of
ALICE E. MOFFAT, Deceased, Appellants; THE CHILDREN'S
AID SOCIETY et al., Respondents.

*Matter of Farmers' Loan & Trust Co.*, 138 App. Div. 121, affirmed.
(Argued September 28, 1910; decided October 18, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May
6, 1910, which affirmed a decree of the New York County
Surrogate's Court settling the accounts of the trustee herein
and directing distribution of the trust fund.

*Arthur J. McClure* for appellants.

*George N. Whittlesey, Stanley W. Dexter* and *Alexander
L. Halliday* for respondents.

Order affirmed, with costs, on opinion of MILLER, J., below.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.